IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ROKITA, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 3:20-cv-153 |
| | ) Judge Stephanie L. Haines |
| JOHN WETZEL and PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This is a civil rights case brought under 42 U.S.C. § 1983 and the Americans with Disabilities Act by Mark Rokita, Patrick McCamey and Brian Sines, all inmates incarcerated at SCI-Houtzdale, against John Wetzel and the Pennsylvania Department of Corrections ("PaDOC"). Plaintiffs allege that they are being denied drug treatment at SCI-Houtzdale and seek to proceed as representative plaintiffs for a class of twenty-thousand inmates in the custody of the PaDOC who likewise are being denied such treatment. This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

On July 30, 2020, the complaint was lodged at the above case number because no filing fee was received and no *in forma pauperis* motion was filed [Doc. 1]. A statistical closing order was entered the following day [Doc. 2]. After several orders denying various motions filed both jointly and individually by the three plaintiffs, Judge Pesto entered a Memorandum Order and Report and Recommendation [Doc. 21] directing the Clerk's office to open separate cases for each inmate and to file the complaint at those individual cases. While finding that the complaint fails to state either an Eighth Amendment claim or an ADA claim, Judge Pesto granted Rokita and

1

McCamey leave to amend the complaint at their individual cases. Sines also was granted leave to file an amended complaint at his case but subject to his filing the appropriate documents necessary to proceed *in forma pauperis* [Doc. 21, pp. 2-3].

On October 23, 2020, Judge Pesto filed a second Report and Recommendation [Doc. 23] recommending that the action at the above-case number, 3:20cv153, be dismissed as redundant and unnecessary in light of the opening of the three individual cases at *McCamey v. Wetzel, et al.*, 3:20cv183, *Sines v. Wetzel, et al.*, 3:20cv184, and *Rokita v. Wetzel, et al.*, 3:20cv186. Plaintiffs were notified that they had fourteen days to file written objections to the Report and Recommendation. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. None of the three plaintiffs filed any objections and the time to do so has expired.

Upon review of the record and the Report and Recommendation under the applicable "reasoned consideration" standard, *see EEO v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of the Magistrate Judge in this matter. All three plaintiffs have been granted the opportunity to pursue their claims in their individual cases, and continuing with the matter at this case number is unnecessary and would constitute a drain on judicial resources.

Accordingly, the following order is entered:

## ORDER OF COURT

AND NOW, this 19th day of January, 2021, for the reasons set forth in the Magistrate Judge's Memorandum Order and Report and Recommendation [Doc. 3], which is adopted as the opinion of the Court, IT IS ORDERED that the action at the above case number, 3:20cv153, hereby

is **dismissed without prejudice** to the individual actions at 3:20cv183, 3:20cv184 and 3:20cv186; and,

IT FURTHER IS ORDERED that the Report and Recommendation [Doc. 2] dated September 10, 2020, recommending that the complaint in this case be dismissed for failure to state a claim if plaintiffs fail to file an amended complaint, hereby is **vacated** as moot in light of the dismissal of the action at the above case number; and,

IT FURTHER IS ORDERED that the motions for class certification filed be each of the three Plaintiffs [Doc. 14, 15, and 18] at the above case number hereby are **denied as moot** in light of the dismissal of this action. The Clerk of Court shall mark this matter closed.

_____
Stephanie L. Haines
United States District Judge